# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **TANISIA BOWMAN and TONI MILLER** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**CHICAGO HOUSING AUTHORITY**, an Illinois municipal corporation,<br><br>Defendant. | Case No. 22-CV-2785<br><br>**Magistrate Judge Jeannice Appenteng** |

### PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AUTHORIZATION TO DISTRIBUTE SETTLEMENT FUNDS, AND AWARD OF ATTORNEYS' FEES

Pursuant to Fed. R. Civ. P. 23(e), Plaintiffs move this Court to enter an order finally approving the Settlement Agreement that the Court preliminarily approved on September 19, 2024. In support of this Motion, Plaintiffs have submitted a Memorandum in Support of their Motion for Final Approval of Class Action Settlement, Authorization to Distribute Settlement Funds, and Award of Attorneys' Fees. A draft order is attached as Exhibit 4 to that Memorandum.

WHEREFORE, Plaintiffs ask the Court to enter the order attached as Exhibit 4 to Plaintiffs' Memorandum in Support of Their Motion For Final Approval of Class Action Settlement, Authorization to Distribute Settlement Funds, and Award of Attorneys' Fees, or such similar order as the Court deems appropriate.

DATED: December 23, 2024

                                              Respectfully submitted,

                                              /s/Christopher J. Wilmes
                                              One of the Attorneys for the Plaintiffs

Christopher J. Wilmes
Charlie D. Wysong
Elizabeth Jaci
Hughes Socol Piers Resnick & Dym
70 W. Madison St. Suite 4000
Chicago, IL 60602
(312) 605-2636

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2024, I electronically filed the foregoing PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AUTHORIZATION TO DISTRIBUTE SETTLEMENT FUNDS, AND AWARD OF ATTORNEYS' FEES and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

William T. "Toby" Eveland
James A. Morsch
Elizabeth A. Thompson
Saul Ewing LLP
161 North Clark Street, Suite 4200
Chicago, Illinois 60601
(312) 876-7100

    Respectfully submitted,

    /s/ Christopher J. Wilmes
    One of the Attorneys for Plaintiffs