# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Tanisia Bowman, et al.
                               Plaintiff,

v.                                                              Case No.: 1:22−cv−02785
                                                               Honorable Jeannice W. Appenteng

Chicago Housing Authority
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 10, 2025:

      MINUTE entry before the Honorable Jeannice W. Appenteng: Motion hearing held on 1/10/2025. Plaintiffs' unopposed motion for final approval of class action settlement [123] is granted for the reasons stated on the record. The case is dismissed with prejudice. Enter order. Civil case terminated. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.